un **SEALED**

SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2014 DEC 17 PM 12: 45

M-15-0013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA-14-CR-915-FB |
| | ) | |
| | ) | **S U P E R S E D I N G** |
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | [Vio.: 21 U.S.C. § 846: |
| | ) | Conspiracy to Distribute and |
| | ) | Possess with Intent to |
| EDIEL TEJADA, (3) | ) | Distribute Marijuana; |
| CLAUDIA LOPEZ, (4) | ) | 21 U.S.C. §§ 841(a)(1) & |
| ANGEL LOZANO, (5) | ) | 841(b)(1)(B): Possession |
| | ) | With Intent to Distribute |
| Defendants. | ) | Marijuana; 18 U.S.C. § 2; |
| | ) | Aiding and Abetting.] |

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. § 846]

That on or about June 23, 2014, the exact date unknown to the grand jury, in the Western District of Texas and divers other locations, Defendants,

EDIEL TEJADA,
CLAUDIA LOPEZ, AND
ANGEL LOZANO,

unlawfully, knowingly, and intentionally combined, conspired, confederated and agreed together to distribute and possess with intent to distribute a controlled substance, which offense involved 100 kilograms or more of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(B), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about June 23, 2014, in the Western District of Texas, Defendants,

**EDIEL TEJADA,**
**CLAUDIA LOPEZ, AND**
**ANGEL LOZANO,**

did aid and bet one another to unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 100 kilograms or more of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL,

FOREPERSON

ROBERT PITMAN
United States Attorney

CHARLIE STRAUSS
Assistant United States Attorney

2